IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NUMBER: 4:11-CR-7 (CDL) |
| | : | |
| JENNIFER BAKER | : | |
| _____ | : | |

**CONSENT ORDER FOR CONTINUANCE**

The defendant in the above-styled case was indicted on March 9, 2011, and arraigned on May 19, 2011. In this case, the parties have represented to the Court that discovery is ongoing and that they are attempting to negotiate a plea.

Accordingly, IT IS HEREBY ORDERED that the above-referenced matter be continued hereafter to September, 2011, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time.

It is further ORDERED that the motion deadline established in the Standard Pretrial Order of May 19, 2011, shall be extended until further order of the Court.

It is the Court's finding that the ends of justice [18 U.S.C. § 3161(h)(7)(A)] served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial for the reason that failure to grant such continuance could result in a miscarriage of justice [18 U.S.C. § 3161(h)(7)(B)(i)]; and the failure to grant such continuance would deny counsel for the defendant and the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence [18 U.S.C. § 3161 (h)(7)(B)(iv)].

SO ORDERED, this 13th day of June, 2011.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE